```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :       CRIMINAL ACTION
                                :
         v.                     :
                                :
SOK NOU                         :       NO. 05-43
```

ORDER

AND NOW, this 25th day of August, 2016, it is hereby ORDERED that the motion of defendant Sok Nou to terminate supervision (Doc. # 39) is DENIED without prejudice.

BY THE COURT:

/s/ Harvey Bartle III
                                                    J.