```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| SOK NOU | : | NO. 05-43 |

ORDER

AND NOW, this 7th day of August, 2017, it is hereby ORDERED that defendant's motion for early termination of supervised release (Doc. # 42) is DENIED.

BY THE COURT:


/s/ Harvey Bartle III
                                                              J.